UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re GENE WALTZ,

    Plaintiff.

Case No. 13-cv-02566-JST (PR)

**ORDER OF DISMISSAL**

On June 6, 2013, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On the same date, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. On July 11, 2013, the notices were returned as undeliverable. As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly,

///

///

the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

Dated: September 10, 2013

_____
JON S. TIGAR
United States District Judge